# United States Court of Appeals

## For the First Circuit

———————————————

Nos. 06-1484 & 06-1501

UNITED STATES,

Appellee,

v.

ISMAEL ALFONZO-REYES and VANESSA MORALES-HERNANDEZ,

Defendants, Appellants.

———————————————

**ERRATA SHEET**

The opinion of this Court issued on January 25, 2010, is amended as follows:

On page 3, lines 6-8, "Alfonzo was employed as a FSA loan manager and Morales worked as a FSA contract employee in Ponce, Puerto Rico." should be replaced with "Alfonzo was employed as a FSA loan manager in Ponce, Puerto Rico and Morales worked as a FSA contract employee in Arecibo, Puerto Rico."

On page 3, lines 8-11, "Morales had previously worked at the law office of Efrén Irizarry-Colon ("Irizarry") in Arecibo, Puerto Rico preparing FSA loan applications and earning a 4 percent commission on the loans" should be replaced with "Morales also worked at the law office of Efrén Irizarry-Colon ("Irizarry") in Arecibo, Puerto Rico where she prepared FSA loan applications. Irizzary charged a 4% commission on these loans and Morales received a portion of the commission."

On page 3, line 19, "Director, to reveal" should be replaced with "Director, and several other farmers to reveal"

On page 4, line 2, after "the loans." insert "Morales would receive a portion of the commission for her assistance in compiling the loan applications."

On page 4, lines 6-8, "appellants submitted FSA loan and

incentive applications bearing false information on behalf of thirteen dairy farmers for alleged damage to various dairy farms owned by the Toledo family." should be replaced with "appellants provided false information on FSA loan and incentive applications on behalf of at least thirteen dairy farmers for alleged damage to various dairy farms, many owned by the Toledo family."

On page 5, line 19, "Morales" should be replaced with "Alfonzo"

On page 10, line 16, "Counts 20 and 21 charged Morales and Alfonzo, respectively," should be replaced with "Count 20 charged Morales and Alfonzo"

On page 12, line 14, "submitting" should be replaced with "assisting in the submission"

On page 16, line 14, "Alfonzo" should be replaced with "Torres"

On page 16, line 19, "the Arecibo office" to "Irrizary's office"

On page 16, line 20, "the Arecibo office" to "Irrizary's office"